PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br>     v.<br><br>CASSIE JOHNSON<br><br>                    Defendant. | CASE NO. 6:21-MJ-00017 HBK<br><br>UNITED STATES' MOTION TO UNSEAL CASE; ORDER |

The United States moves this Court to unseal the Complaint and all other court filings in this case. On December 21, 2021, the defendant was arrested in Madera County, California. The defendant will be scheduled for an initial appearance as soon as possible. Therefore, the case must be unsealed to advise the defendant in open court of the charges against her.

DATED: December 21, 2021                             Very truly yours,


                                                     PHILLIP A. TALBERT
                                                     United States Attorney


                                                     */s/ Joseph Barton*
                                                     JOSEPH BARTON
                                                     Assistant United States Attorney

1

PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff<br><br>  v.<br><br>CASSIE JOHNSON,<br><br>      Defendant. | CASE NO. 6:21-MJ-00017 HBK<br><br>**UNSEALING ORDER** |

  Good cause appearing due to the defendant's arrest and pending initial appearance in this Court, it is ordered that the Indictment and other court filings in the above case be UNSEALED.

  IT IS SO ORDERED

DATED: December 21, 2021

                 *Sheila K. Oberto*
                HON. SHEILA K. OBERTO
                UNITED STATES MAGISTRATE JUDGE